# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2019

### NO. 03-18-00678-CV

**Appellants, Ardelia Austin and Allayne Austin// Cross-Appellant, Betty Simmons Austin**

**v.**

**Appellee, Betty Simmons Austin// Cross-Appellees, Ardelia Austin and Allayne Austin**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the final order signed by the trial court on July 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants/cross-appellees shall pay all costs relating to this appeal, both in this Court and in the court below.